**RECEIVED JAN 3 1 2022**

United States District Court for Iowa

David Goodwin

    Plaintiff

Case No. _22-cv-4003-CJW-MAR_

Vs

Leik Construction

    Defendant

Diversity of Citizenship

Action

    David Goodwin the Plaintiff lives in Nebraska, and the Defendant lives in Iowa.

We are seeking $10,000,000 damages for what the defendant did to the plaintiff in their hostile work environment. As and for his cause of action, the plaintiff started working for the defendant on or about July 1, 2020, as a truckdriver. The defendant, Leik Construction,& "Matt", the boss, put the plaintiff David Goodwin on a job to go pickup a "full load" of Rip Rap Rock. If anybody knows what that is, it is an enormous boulder, a bunch of them, in the back of the truck. The plaintiff was fully loaded and set off on his route and that's when he realized he could not stop going down the hill, the brakes were bad, and the defendants knew the brakes were bad when they sent him out there, because when we got back to the shop, we explained to the mechanic what happened. Everything the court can imagine with respect to the unsafetyness of the truck in question happened, such as there were multiple occurrences where there were people in the way, and the Plaintiff could not stop, the brakes were not working, and the Plaintiff had to veer out the way of multiple cars due to the negligence of the defendants of sending the Plaintiff out there in a defective truck. Plaintiff feared for his life and was petrified all the way back from Fort Calhoun to Glenwood Iowa. For an hour and twenty minutes, the Plaintiff had no ~~communication and no~~ brakes. The ~~brakes were~~ blue and they were smoking, ~~and when I~~ explained to the mechanic what the situation was, he told us that the same truck that Plaintiff was driving had been previously crashed by another worker there, that used to be a driver, but is now a mechanic. The mechanic "John Doe", specifically let us know that the truck Plaintiff was driving was not in good working condition, and unsafe and in fact very dangerous, and no worker, employee should've been put in the truck to work. The Plaintiff believes the defendant did wrongfully, willfully, intentionally send the defendant out in the faulty truck, in a truck defendants knew was a faulty truck because he is a light skinned negro, and the defendants were conspiring against the Plaintiff because he had questioned the management about his pay and how they had shorted him on his check and he had been questioning the Defendants "shortin" the Plaintiff's paycheck $300. There were several separate incidents where Defendants made comments to Plaintiff, and he was the only black man there "Oh, speak of the devil", "we're tired

of cleaning up your mess". On a different occasion, Plaintiff was confronted out of nowhere, "you aint doing shit!", random racist remarks.

Plaintiff was fired after questioning the defendants about the money defendants were shorting him, and after the Defendants deliberately tried to kill him.

Plaintiff was the only African American on the job and he was getting these comments which shows Defendants tried to kill him and put him in a faulty truck with no brakes deliberately.

We prays $10,000,000 damages, and whatever else the court deems just and meet in the premises.

_____            1/28/22
Signature                                                   Date


4311 Grand Ave.

Omaha, Ne.

68111

David Goodwin
4311 Grand Ave.
Omaha, Ne.
68111

Office of Clerk United States District Court
320 Sixth St. #301
Sioux City, IA
51101

OMAHA NE 680
JAN 28 2022
28 JAN 2022 PM 2 L

XRAYED US MARSHALS SERVICE

51101-123499